

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
New York, New York 10112

O  +1 212 872 9800
F  +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
T  +1 212 872 9800
gassan.baloul@squirepb.com

April 24, 2017

Hon. Loretta A. Preska
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re: *Asid Mohamad, et al. v. Jibril Rajoub*, No. 1:17-cv-02385-LAP (S.D.N.Y.).

Dear Judge Preska:

      This firm represents Jibril Rajoub, the Defendant in the above-referenced action. Pursuant to Section 1.E of Your Honor's Individual Practices, I submit this request that the Court extend until May 26, 2017, Mr. Rajoub's time to respond to the Complaint in this civil action, reserving all jurisdictional and other defenses.

      Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), the current deadline for Mr. Rajoub to respond to the Complaint is April 26, 2017.

      As Your Honor is aware, there have been no prior requests for extension. We have met and conferred with Plaintiffs' counsel, Robert J. Tolchin, Esq., of The Berkman Law Office, LLC, who does not oppose this request for an extension.

      Respectfully submitted,

Gassan A. Baloul

cc:    Mitchell R. Berger, Esq.
        Robert J. Tolchin, Esq.
        (All by email)

46 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.