

# SHERIFF'S AFFIDAVIT OF SERVICE
**PERSONAL DELIVERY**

**Docket #** 1:17-CV-02385-UA

**Sheriff's Case #** 17013459

**UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK,**

-------------------------------------------------x

**ASID MOHAMED, ET AL.,**

PLAINTIFF/PETITIONER,

VS

**JIBRIL RAJOUB,**

DEFENDANT/RESPONDENT.

-------------------------------------------------x

**STATE OF NEW YORK }
QUEENS COUNTY } SS:**

I, **RUSLAN SHULYAR**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby affirm that: I am not a party to this action or proceeding and over 18 years of age. I further affirm that on **4/4/2017**, at approximately **4:40 PM** at **JFK INTERNATIONAL AIRPORT, TERMINAL 8, INTERNATIONAL ARRIVALS, JAMAICA, NY**, in the borough of **QUEENS**, County of **QUEENS**, I served the annexed: **SUMMONS IN A CIVIL ACTION & COMPLAINT** upon **JIBRIL RAJOUB**, in the following manner:

**[X] PERSONAL DELIVERY**

By delivering to and leaving with **JIBRIL RAJOUB** personally a true copy thereof, said person being known as the mentioned and described herein.

**[X] DESCRIPTION:**

Skin Complexion: MEDIUM          Sex: MALE          Approx. Age: 60-65          Height: 5'11"

Weight: 175 lbs.          Hair Color: GREY / BALDING

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

**SHERIFF OF THE CITY OF NEW YORK
JOSEPH FUCITO**

Dated: 4/4/2017

BY: _____

     **RUSLAN SHULYAR
DEPUTY SHERIFF
SHIELD # 423**

Notary
Sworn before me
this 5 day of April, 2017

JULIO C. LOPEZ
Notary Public, State of New York
No. 01LO6192788
Qualified in New York County
Commission Expires Oct. 6, 20__

OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK
66 JOHN STREET - 13TH FLOOR
NEW YORK, NY 10038