UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ASID MOHAMAD; ASID MOHAMMAD as the
representative of the Estate of AZZAM RAHIM;
SHAHID MOHAMAD; SAID MOHAMAD; SHAHED
AZZAM RAHIM; MASHUD RAHIM; and ASIA          Case no. 17-cv-2385 (LAP)
RAHIM.,

               Plaintiffs,

        -against-

JIBRIL RAJOUB,

               Defendant.
-------------------------------------------------------------------X

## **NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs in the above-captioned action appeal to the United States Court of Appeals for the Second Circuit from the Judgment of the United States District Court for the Southern District of New York, dated March 12, 2018 (DE 27), and the Memorandum Opinion and Order (Preska, *J.*) dated March 12, 2018 (DE 26). All plaintiffs herein hereby appeal from each and every part of the aforementioned judgment, order, and opinion and from any and all other orders entered in this action that merged into the judgment, or into any of the orders identified above.

-2-

Dated: Brooklyn, New York
April 11, 2018

                                              Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiffs-appellants*

by: _____
     Robert J. Tolchin, Esq.

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627